# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMPSOURCE OKLAHOMA,<br>Individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BNY MELLON, N.A.,<br><br>    *Defendant*. | Civil Action No. 08-469-KEW |

## PLAINTIFF COMPSOURCE OKLAHOMA'S UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(d) [DE # 87]

Plaintiff CompSource Oklahoma, by and through its undersigned counsel, hereby moves the Court for the entry of an order staying the briefing schedule on Plaintiff's Motion for Relief Pursuant to Federal Rule of Civil Procedure 23(d) [DE # 87] (the "Motion for Relief"), and states as follows:

1.    The undersigned has discussed the relief sought by way of this Unopposed Motion and is authorized to advise the Court that Defendant consents to the entry of an Order granting this Unopposed Motion.

2.    On October 30, 2009, counsel for the parties engaged in a telephone conference lasting approximately ninety (90) minutes regarding the substantive issues and relief requested in the Motion for Relief. As a result of these discussions, the need for the Court to rule on the pending Motion for Relief *may* be obviated. To that end, counsel for the parties are scheduled to again discuss the substantive issues and relief requested in the Motion for Relief on November 3, 2009.

3.  In order to preserve the resources of the Court and counsel, Plaintiff CompSource Oklahoma hereby respectfully requests that the Court enter an Order staying the briefing schedule relative to the Motion for Relief until such time as Plaintiff CompSource Oklahoma notifies the Court that an impasse has been reached.

4.  The parties reserve all arguments as to the Motion for Relief, including whether the Motion for Relief complies with Local Rule 7.1(g).

5.  A proposed Order is being submitted to the Court in accordance with the ECF guidelines for the United States District Court for the Eastern District of Oklahoma.

Dated: October 30, 2009

NIX, PATTERSON & ROACH, LLP

/s/ Lawrence R. Murphy, Jr.
Bradley E. Beckworth
OBA No. 19982
Jeffrey J. Angelovich
OBA No. 19981
Susan Whatley
Texas Bar No. 24047420
Brad E. Seidel
Texas Bar No. 24008008
**Nix, Patterson & Roach, LLP**
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333
(903) 645-4415 *Facsimile*
***Lead Counsel for Plaintiffs and the Proposed Class***

Lawrence R. Murphy, Jr., OBA No. 17681
Pansy Moore-Shrier, OBA No. 20289
**Robinett & Murphy**
624 S. Boston, Suite 900
Tulsa, Oklahoma 74119
(918) 592-3699
(918) 592-0963 *Facsimile*
*Liaison Counsel for Plaintiffs and the Proposed Class*

Dan Little, OBA No. 5462
**Little, Little, Little, Wendell, Oliver, Landgraf & Gallagher, PLLC**
202 West Lillie Blvd.
P.O. Box 618
Madill, Oklahoma 73446
(580) 795-3397
(580) 795-5072 *Facsimile*
*Of Counsel*

Joseph H. Meltzer
Pennsylvania State Bar No. 80136
Sean M. Handler
Pennsylvania State Bar No. 86659
Sharan Nirmul
Pennsylvania Bar No. 90751
Peter H. LeVan, Jr.
Pennsylvania Bar No. 83456
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 Facsimile
*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I caused a true and correct copy of Plaintiff's Motion for Relief pursuant to Federal Rule of Civil Procedure 23(d) to be filed electronically with the Clerk of court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Weldon Stout
Weldon@wsfw-ok.com

Ron Wright
ron@wsfw-ok.com

Damien Marshall
dmarshall@bsflip.com

Scott E. Gant, Esq.
sgant@bsflip.com

/s/Lawrence R. Murphy, Jr.