IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COMPSOURCE OKLAHOMA, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. CIV-08-469-KEW |
| | § § § | |
| BNY MELLON, N.A., | § § | |
| *Defendant*. | § § § | |

## STATUS REPORT

Pursuant to this Court's November 6, 2009 Minute Order directing Plaintiff to "file a status report no later than December 1, 2009 as to the status of negotiations on the Rule 23(d) relief sought" in Plaintiff's Motion for Relief Pursuant to Federal Rule of Civil Procedure 23(d) (the "Motion"), Plaintiff hereby states as follows:

Negotiations between the parties are ongoing regarding the Rule 23(d) relief sought in the Motion. Plaintiff believes that the parties will require no more than an additional seven (7) days to complete negotiations on this issue.

Date:  December 1, 2009                     **NIX, PATTERSON & ROACH, LLP**

*/s/ Lawrence R. Murphy, Jr.*
Bradley E. Beckworth
Oklahoma State Bar No. 19982
Jeffrey J. Angelovich
Oklahoma State Bar No. 19981
Susan Whatley
Texas Bar No. 24047420
Brad E. Seidel
Texas Bar No. 24008008
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333
(903) 645-4415 *Facsimile*
***Lead Counsel for Plaintiffs and Interim Class Counsel for the Proposed Class***

**ROBINETT & MURPHY**
Lawrence R. Murphy, Jr., OBA No. 17681
Pansy Moore-Shrier, OBA No. 20289
624 S. Boston, Suite 900
Tulsa, Oklahoma 74119
(918) 592-3699
(918) 592-0963 *Facsimile*
***Liason Counsel for Plaintiffs and the Proposed Class***

**Little, Little, Little, Windel, Oliver, Landgraf & Gallagher, PLLC**
Dan Little, OBA No. 5462
202 West Lillie Blvd.
P.O. Box 618
Madill, Oklahoma 73446
(580) 795-3397
(580) 795-5072 Facsimile
***Of Counsel***

**Barroway Topaz Kessler Meltzer & Check, LLP**
Joseph H. Meltzer
Pennsylvania State Bar No. 80136

2

Sean M. Handler
Pennsylvania State Bar No. 86659
Sharan Nirmul
Pennsylvania Bar No. 90751
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 Facsimile
*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jeffrey J. Angelovich jangelovich@npraustin.com
Bradley E. Beckworth bbeckworth@nixlawfirm.com, ivanab@nixlawfirm.com
Dan Little dan@littlelaw.com, tosha@littlelaw.com
Brad Seidel bradseidel@nixlawfirm.com, monatucker@nixlawfirm.com
Weldon Stout weldon@wsfw-ok.com, lynne@wsfw-ok.com
Susan Whatley susanwhatley@nixlawfirm.com, sarascott@nixlawfirm.com
Ron Wright ron@wsfw-ok.com, debbie@wsfw-ok.com

I hereby certify that on December 1, 2009, I served the attached document by US Mail, postage prepaid, on the following, who are not registered participants of the ECF System:

Damien Marshal
Boies Schiller & Flexner (Florida)
401 E Las Olas Blvd.
Ste 1200
Ft. Lauderdale, FL 33301

Jonathan Henry Sherman
Boies Schiller & Flexner (DC)
5301 Wisconsin Ave., NW
Ste 800
Washington, DC 202015

*/s/ Lawrence R. Murphy, Jr.*
Lawrence R. Murphy, Jr.